**Fill in this information to identify the case:**

Debtor name: Cranberry Growers Cooperative

United States Bankruptcy Court for the: Western District of Wisconsin

Case number (if known): 17-_____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                 12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | United Sugars Corporation<br>8000 West 78th Street<br>Suite 300<br>Edina MN 55439 | Dawn Ozmina<br>ozminad@unitedsugars-credit.com<br>(866) 660-6080 x5592<br>fax (570)687-9944 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $199,953.25 |
| 2 | Sweetener Supply<br>PO Box 848<br>Aurora IL 60507-0848 | Paul Julien - VP Finance<br>pjulien@sweetenersupply.com<br>(708) 588-8400<br>fax (708)588-8410 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $152,344.16 |
| 3 | Graceland Fruit, Inc.<br>1881 Forrester Road<br>Frankfort MI 49635 | Alan DeVore<br>adevore@gracelandfruit.com<br>231-651-9829 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $72,834.43 |
| 4 | Grainger<br>Dept. 886549414<br>Palatine IL 60038-0001 | Mary Smith<br>Mary.E.Smith@grainger.com<br>763-639-0789<br>fax 651-286-7978 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $40,968.88 |
| 5 | Brickl Bros, Inc.<br>PO Box 125<br>West Salem WI 54669 | Roger Lundsten<br>rlundsten@bricklbors.com<br>800-658-9030 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $39,516.91 |
| 6 | Key Technology Inc.<br>PO Box 776162<br>Chicago IL 60677-6162 | Mark Roedl<br>mroedl@key.net<br>920-887-1612 | A/P | ☐ C<br>☐ U<br>☐ D | | | $37,020.08 |
| 7 | North Star Container LLC<br>7400 Metro Boulevard<br>Ste 308<br>Edina MN 55439 | Kim Kelly<br>Kim@nscontainer.com<br>(952) 746-2876<br>fax (952)746-2881 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $32,251.25 |
| 8 | The Horton Group, Inc.<br>10320 Orland Parkway<br>Orland Park IL 60487 | Tim Walsh<br>tim.walsh@thehortongroup.com<br>(708) 845-3000 | Insurance | ☐ C<br>☐ U<br>☐ D | | | $30,544.55 |

Debtor   **Cranberry Growers Cooperative**                                                                     Case number *(if known)* 17-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Tournant, Inc<br>210 North Wells<br>Suite 1505<br>Chicago IL 60606 | Joe DePippo<br>joe@tournantco.com<br>(312) 479-5288 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $30,000.00 |
| 10 | Alliant Energy/WPL<br>528 Industrial Ave<br>Tomah WI 54660 | Mary Eiler Radl<br>maryradl@alliantenergy.com<br>608-372-0353 | Utiltiy | ☐ C<br>☐ U<br>☐ D | | | $20,976.51 |
| 11 | Wipfli<br>PO Box 3160<br>Milwaukee WI 53201-3160 | Jason Vander Velde<br>jvandervelde@wipfli.com<br>715-843-7498 | A/P | ☐ C<br>☐ U<br>☐ D | | | $19,753.06 |
| 12 | Rain For Rent - Elk River<br>9550 156th Avenue NW<br>Elk River WI 55330 | Mike Borens<br>mborens@rainforrent.com<br>(651) 755-0103 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $19,296.85 |
| 13 | CliftonLarsonAllen LLP<br>PO Box 775195<br>Chicago IL 60677-5195 | Mike Lensmire<br>Mike.Lensmire@claconnect.com<br>715-295-5404<br>fax 715-344-8544 | Accounting | ☐ C<br>☐ U<br>☐ D | | | $17,453.38 |
| 14 | WE Energies<br>PO Box 90001<br>Milwaukee WI 53201-2046 | contactwe@mail.we-energies.com<br>800-242-9137 | Utiltiy | ☐ C<br>☐ U<br>☐ D | | | $16,494.39 |
| 15 | Central Storage & Warehouse<br>PO BOX 7034<br>Madison WI 53707-7034 | Deb Kresin<br>Debkre@csw-wi.com<br>(608) 221-7600<br>fax (608)221-7613 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $15,689.71 |
| 16 | ABR Employment Services<br>4600 American Parkway<br>Suite 301<br>Madison WI 53718 | Jennifer Zahari<br>Jzahari@abrjobs.com<br>(608) 268-2274<br>fax (608) 244-6273 | Temp Agency | ☐ C<br>☐ U<br>☐ D | | | $15,073.68 |
| 17 | Reliable Packaging Systems I<br>2418 Enterprise Drive<br>Mendoata Heights MN 55120 | Tracy Mercado<br>tmercado@vikingplasticpkg.com<br>(651)452-7272<br>fax (651)452-0397 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $14,911.01 |
| 18 | C.H. Robinson Worldwide, Inc<br>PO Box 9121<br>Minneapolis MN 55480-9121 | Stephen Hamilton<br>stephen.hamilton@chrobinson.com<br>(715) 344-2741x1715<br>fax (715)344-5685 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $14,183.90 |
| 19 | Unity Health Insurance<br>840 Carolina Street<br>Sauk City WI 53583 | Doug Henderson<br>doug.henderson@thehortongroup.com<br>(262) 347-2673 | Insurance | ☐ C<br>☐ U<br>☐ D | | | $14,100.97 |
| 20 | Kaestner, LLC<br>PO Box 547<br>Marshfield WI 54449 | Emily Echola<br>emily-echola@kaestnerllc.com<br>(800) 483-1881 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $13,202.22 |